UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 03-12397-PBS

Peter Groome
Petitioner

v.

Timothy Hall
Respondent

## BRIEFING ORDER

SARIS, D.J.

      The petition for Writ of Habeas Corpus in this action was filed on November 26, 2003. In order to complete the record, the Petitioner is hereby directed to file and serve a brief in support of the petition for habeas corpus on or before **February 5, 2004** and the Respondent is hereby directed to file and serve a brief in opposition to the petition on or before **March 8, 2004**.

By the Court,

/s/ Robert C. Alba
Deputy Clerk

January 6, 2004

To: All Counsel