UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
OFFICE

2004 JAN -7  A 10: 36

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| PETER GROOME,<br>　　　　Petitioner<br>v.<br><br>TIMOTHY HALL,<br>　　　　Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No: 03-12397-PBS

**ASSENTED TO MOTION TO EXTEND TIME FOR PETITIONER TO FILE HIS
RESPONSE TO GOVERNMENT'S MOTION TO DISMISS**

The petitioner files this assented to motion to extend the time for him to file a response to the government's motion to dismiss his petition for a writ or habeas corpus. Currently, the petitioner's response would be due on January 7, 2004. Petitioner's counsel requests the additional time because of his trial schedule in early January. The government has assented to allowing the petitioner until January 30, 2004 to file his response. Neither party nor the Court will be prejudiced by this short extension.

Accordingly, the petitioner requests that this Court extend the time for him to file his response to January 30, 2004.

Assented To:

Respectfully submitted,
PETER GROOME
By his attorneys,

*Maura McLaughlin*
Maura D. McLaughlin, BBO No. 634923
Assistant Attorney General
One Ashburton Place
Boston, MA 02108

*J. S. Berman LLP*
Joseph S. Berman, BBO No. 566006
Berman & Dowell
210 Commercial St.
Boston, MA 02109
617-723-9911

Dated: January 6, 2004

## CERTIFICATE OF SERVICE

I, Joseph S. Berman, Esq., hereby certify that on this 6th day of January, 2004 I served a copy of the foregoing by first class mail, postage prepaid to: Maura D. McLaughlin, Assistant Attorney General, Criminal Bureau, One Ashburton Place, Boston, MA 02108.

*J.S. Berman*
Joseph S. Berman