UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PETER GROOME, )
    Petitioner )
v. )    Civil Action No: 03-12397-PBS
)
)
TIMOTHY HALL, )
    Respondent. )
)

## ASSENTED TO MOTION TO EXTEND TIME FOR PETITIONER TO FILE HIS RESPONSE TO GOVERNMENT'S MOTION TO DISMISS

The petitioner files this assented to motion to extend the time for him to file a response to the government's motion to dismiss his petition for a writ or habeas corpus. Currently, the petitioner's opposition is due on January 30, 2004 and his brief in support of his petition is due on February 5, 2004. Petitioner's counsel requests that he be permitted to submit the opposition to the government's motion to dismiss with his petition for a writ of habeas corpus on February 5, 2004. The government has assented to allowing the petitioner to file his opposition on February 5, 2004 with his brief in support of his petition. Neither party nor the Court will be prejudiced by this short extension.

Accordingly, the petitioner requests that this Court allow him to file his opposition to the respondent's motion to dismiss with his brief in support of his petition for a writ of habeas corpus on February 5, 2004.

1-30-04
SARIS, D.J.
MOTION ALLOWED
By the
    Deputy Clerk

| Assented To: | Respectfully submitted,<br>PETER GROOME<br>By his attorneys, |
|---|---|
| *[signature]* Maura D. McLaughlin / LB | *[signature]* |
| Maura D. McLaughlin, BBO No. 634923<br>Assistant Attorney General<br>One Ashburton Place<br>Boston, MA 02108 | Joseph S. Berman, BBO No. 566006<br>Berman & Dowell<br>210 Commercial St.<br>Boston, MA 02109<br>617-723-9911 |

Dated: January 28, 2004

## CERTIFICATE OF SERVICE

I, Joseph S. Berman, Esq., hereby certify that on this 28th day of January, 2004 I served a copy of the foregoing by first class mail, postage prepaid to: Maura D. McLaughlin, Assistant Attorney General, Criminal Bureau, One Ashburton Place, Boston, MA 02108.

*[signature]*
Joseph S. Berman