# BERMAN & DOWELL
### ATTORNEYS AT LAW

210 COMMERCIAL STREET
BOSTON, MASSACHUSETTS 02109
TELEPHONE: 617-723-9911    FACSIMILE: 617-723-6688

E-MAIL: lbostwick@bermandowell.com

January 23, 2004

VIA FIRST CLASS MAIL

The Honorable Patti Saris
United States District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE:   Groome v. Hall
      Civil Action No. 03-12397-PBS

Dear Judge Saris:

I write to request that the petitioner, Peter Groome, be allowed to file his opposition to the respondent's motion to dismiss on the same date as he is required to file his brief in support of his petition for habeas corpus due on February 5, 2004 per the Court's order. Currently, the petitioner's opposition is due January 30, 2004 and his brief in support of his petition is due on February 5, 2004. I have spoken with the respondent's counsel, Maura McLaughlin, and she has assented to this short continuance.

Thank you for your consideration in this matter.

Sincerely,

Elizabeth L. Bostwick

cc: Maura McLaughlin, Asst. Attorney General