UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PETER GROOME,
    Petitioner
v.

TIMOTHY HALL,
    Respondent.

Civil Action No: 03-12397-PBS

## ASSENTED TO MOTION TO EXTEND TIME FOR PETITIONER TO FILE HIS OBJECTIONS TO THE MAGISTRATE'S REPORT AND RECOMMENDATION

The petitioner files this assented to motion to extend the time for him to file his objections to magistrate's report and recommendation. Currently, the petitioner's objections are due on March 22, 2004. Petitioner's counsel requests that he be permitted to submit his objections to the magistrate's report on March 29, 2004. The government has assented to allowing the petitioner to file his objections to the report one week later. Neither party nor the Court will be prejudiced by this short extension.

Accordingly, the petitioner requests that this Court allow him to file his objections to the magistrate's report on March 29, 2004.

Respectfully submitted,

<table>
<tr><td>

Assented To:

*/s/ Maura McLaughlin/ LB*

Maura D. McLaughlin, BBO No. 634923
Assistant Attorney General
One Ashburton Place
Boston, MA 02108

</td><td>

Respectfully submitted,
PETER GROOME
By his attorneys,

*/s/ Joseph Berman/ LB*

Joseph S. Berman, BBO No. 566006
Berman & Dowell
210 Commercial St.
Boston, MA 02109
617-723-9911

</td></tr>
</table>

Dated: March 17, 2004

## CERTIFICATE OF SERVICE

I, Elizabeth L. Bostwick, Esq., hereby certify that on this 17th day of March, 2004 I served a copy of the foregoing by first class mail, postage prepaid to: Maura D. McLaughlin, Assistant Attorney General, Criminal Bureau, One Ashburton Place, Boston, MA 02108.

*/s/ Elizabeth L. Bostwick/*
Elizabeth L. Bostwick

2