UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER GROOME,<br>    Petitioner<br>v.<br><br>TIMOTHY HALL,<br>    Respondent. | Civil Action No: 03-12397-PBS |

## PETITIONER, PETER GROOME'S, MOTION TO PROCEED IN FORMA PAUPERIS

The petitioner, Peter Groome ("Groome"), respectfully requests, pursuant to Fed. R. App. P. 24 for leave to file the attached Notice of Appeal without prepayment of fees or costs and to proceed *in forma pauperis*.

As grounds for the motion, Groome states that he has been represented by counsel, appointed by the Committee for Public Counsel Services. Additionally, the petitioner has attached a financial affidavit showing that he is indigent.

WHEREFORE, the petitioner respectfully moves for leave to proceed *in forma pauperis*.

Respectfully submitted,
PETER GROOME
By his attorneys,

Joseph S. Berman, BBO No. 566006
Elizabeth L. Bostwick, BBO No. 644498
Berman & Dowell
210 Commercial St.
Boston, MA 02109
617-723-9911

CERTIFICATE OF SERVICE

I, Elizabeth L. Bostwick, Esq., hereby certify that on this ___ day of April, 2004 I served a copy of the foregoing by overnight delivery to: Maura D. McLaughlin, Assistant Attorney General, Criminal Bureau, One Ashburton Place, Boston, MA 02108.

Elizabeth L. Bostwick