UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2004 APR 12 P 4: 02

DISTRICT COURT
DISTRICT OF MASS.

PETER GROOME, )
      Petitioner )
v. ) Civil Action No: 03-12397-PBS
)
)
TIMOTHY HALL, )
      Respondent. )
_____)

### THE PETITIONER'S NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 22, and 28 U.S.C. § 2253, the petitioner, Peter Groome, moves this Court to issue a certificate of appealability as to the denial of application for a writ of habeas corpus on the grounds that it is time-barred. The petitioner gives notice of his appeal of the Order and Judgment of the District Court for the District of Massachusetts dated April 1, 2004 (granting the respondent's motion to dismiss) to the United States Court of Appeals for the First Circuit. The petitioner states that he is aggrieved by the Court's ruling and avers that it is based on errors of law as well as errors of fact.

                                                  Respectfully submitted,
                                                  PETER GROOME
                                                  By his attorneys,

                                                  /s/ Joseph S. Berman

                                                 Joseph S. Berman, BBO No. 566006
                                                 Elizabeth L. Bostwick, BBO No. 644498
                                                 Berman & Dowell
                                                 210 Commercial St.
                                                 Boston, MA 02109
                                                 617-723-9911

## CERTIFICATE OF SERVICE

I, Joseph S. Berman, Esq., hereby certify that on this 9th day of April, 2004 I served a copy of the foregoing by overnight delivery to: Maura D. McLaughlin, Assistant Attorney General, Criminal Bureau, One Ashburton Place, Boston, MA 02108.

Joseph S. Berman