UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
PETER A. GROOME,               )
           Petitioner,         )
                               )          03-12397
      v.                       )  CIVIL ACTION NO.      -PBS
                               )
TIMOTHY HALL,                  )
           Respondent.         )
_____)
```

**ALLOWANCE OF**
**CERTIFICATE OF APPEALABILITY**

October 20, 2004

Saris, U.S.D.J.

    Pursuant to 28 U.S.C. § 2253(c)(3) and Interim Loc. R. 22.1, I **ALLOW** a certificate of appealability on the issue of equitable tolling only. I vacate my order entered on the Docket on June 4, 2004, and reaffirm my ruling on July 20, 2004. This order is intended to clarify the inconsistent docket entrees.

/s/ Patti B. Saris
PATTI B. SARIS
United States District Judge

